# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>                            Plaintiff,<br>  vs.<br>BRIAN STEVEN MCNEAL,<br>                            Defendant. | CASE NO. 06cv504 BTM (AJB)<br><br>**ORDER REMANDING CASE** |

On March 8, 2006, Defendant Brian Steven McNeal removed this criminal action from state court. Defendant claims that the state court criminal proceedings are violating his federal civil rights. Only certain types of criminal cases may be removed. 28 U.S.C. § 1443. A defendant seeking to remove a criminal action to federal court must satisfy the following criteria: (1) the defendant must assert, as a defense to the prosecution, rights that are given to him by explicit statutory enactment protecting *equal racial civil rights*; and (2) the defendant must assert that the state courts will not enforce that right and support such allegation by reference to a state statute or a constitutional provision that purports to command the state courts to ignore the federal rights. Georgia v. Rachel, 384 U.S. 780 (1966); Greenwood v. Peacock, 384 U.S. 808 (1966).

//
//
//
//

Defendant has not established that this action is removeable under section 1443. Therefore, the Court **REMANDS** this case to San Diego Superior Court for lack of jurisdiction.

**IT IS SO ORDERED.**

DATED: September 19, 2006

*[signature]*

Hon. Barry Ted Moskowitz
United States District Judge